UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD TRUBBLE LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>LEEZA ANDERSON,<br><br>          Defendant. | Case No. 24-cv-07864-LJC<br><br>**ORDER GRANTING MOTION TO EXTEND TIME AND CONTINUE CASE MANAGEMEMT CONFERENCE**<br><br>Re: Dkt. No. 11 |

Sufficient cause having been shown, the Court GRANTS Plaintiff's motion to continue the initial case management conference and related deadlines, as modified. The Court modifies the dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6) as follows:

    (1) Deadline to file ADR Certification: March 24, 2025

    (2) Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan: March 24, 2025.

    (3) Deadline to make initial disclosures: April 7, 2025

    (4) Deadline to file Joint Case Management Statement: April 10, 2025

    (5) Initial Case Management Conference (via Zoom): April 17, 2025 at 1:30 PM.

**IT IS SO ORDERED.**

Dated: February 6, 2025

LISA J. CISNEROS
United States Magistrate Judge